# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

---

No. 26-8006

---

23Lunes Creative Animation Studio

Plaintiff - Respondent

v.

1248 Holdings, LLC; 1248 Management, LLC

Defendants

Martin Bicknell

Defendant - Petitioner

Orvil Gene Bicknell

Defendant

Richard Salanskas; Larry Wilhite

Defendants - Respondents

---

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:25-cv-00837-BP)

---

## JUDGMENT

Before LOKEN, KELLY and STRAS, Circuit Judges.

The Petition for Permission to Appeal Pursuant to 28 U.S.C. § 1292(b) is denied.

Petitioner's motion for leave to file a reply to the response in opposition to the petition for

permission to appeal is denied as moot.

April 07, 2026

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Susan E. Bindler