# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

No. 26-8006

23Lunes Creative Animation Studio

Respondent

v.

1248 Holdings, LLC and 1248 Management, LLC

Martin Bicknell

Petitioner

Orvil Gene Bicknell

Richard Salanskas and Larry Wilhite

Respondents

---

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:25-cv-00837-BP)

---

**MANDATE**

In accordance with the judgment of April 7, 2026, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

April 07, 2026

Clerk, U.S. Court of Appeals, Eighth Circuit